## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| JANE DOE, an individual,<br><br>      Plaintiff,<br><br>   v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS OF CAMP SPRINGS; CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF LATTER-DAY SAINTS; and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>      Defendants. | Case No. 23-cv-2900<br><br>**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTERESTS** |

Defendant The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole ("Church Corporation"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule of the United States District Court for the District of Maryland 103.3, hereby states as follows:

Defendant The Church of Jesus Christ of Latter-day Saints, a Utah corporation sole, states that it has no parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Except as stated herein, Defendant Church Corporation is not aware of any other corporation, unincorporated association, partnership, or other business entity, not a party to the case, which may have any financial interest in the outcome of this litigation.

These representations are made in order that the Judges of this Court may determine the need for recusal.  Nothing in this statement shall be construed as an admission of any allegations or a waiver of any defenses otherwise available to Defendant Church Corporation.

DATED this 25th day of October, 2023.

Respectfully submitted,

By  /s/ J. Christian Word
J. Christian Word (Bar No. 26400)
Allen M. Gardner (*Pro Hac Vice Motion Forthcoming)*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email:  christian.word@lw.com
        allen.gardner@lw.com

*Attorneys for Defendant*
*The Church of Jesus Christ of Latter-day Saints,*
*a Utah corporation sole*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of October 2023, I served the within and foregoing instrument via email upon consent and first class mail as follows:

Ryan Dickreide
HOLZMAN & DICKRIEDE, L.L.C.
233 E. Redwood Street, Ste. 400J
Baltimore, MD 21202
ryan@hd-attorneys.com

Renee E. Franchi
Nathaniel L. Foote
ANDREOZZI + FOOTE
4503 North Front Street
Harrisburg, PA 17110
renee@vca.law
cassie@vca.law

*Attorneys for Plaintiff*

/s/ *J. Christian Word*
J. Christian Word (Bar No. 26400)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
Email: christian.word@lw.com

*Attorneys for Defendant*
*The Church of Jesus Christ of Latter-day Saints,*
*a Utah corporation sole*