IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JANE DOE, | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. JKB-23-02900 |
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM AND ORDER**

On March 18, 2024, the Court issued a Memorandum and Order declaring its intention to certify a question to the Supreme Court of Maryland addressing the constitutionality of the Maryland Child Victims Act of 2023, 2023 Md. Laws ch. 5 (S.B.686) (codified at Md. Code Ann., Cts & Jud. Proc. §5-117). (ECF No. 29.) In that Memorandum and Order, the Court invited the parties to submit any objections to the Court's formulation of the proposed certified question. (*Id.*)

The Court has reviewed the parties' filings in response to the proposed certified question. (ECF Nos. 30, 31.) Defendant indicates that it has no objection to how the question was phrased. (ECF No. 31.) Plaintiff, however, objects to the question and has provided the Court with a proposed alternative framing. (ECF No. 30.) The Court understands Plaintiff's objection to be that the Court's proposed wording was improperly suggestive of an answer to the question in the affirmative (*i.e.*, an answer that the statute does violate the Maryland Constitution). Any such suggestiveness was not intentional, and the Court's intent is to present the issue in a neutral manner.

In furtherance of this goal, the Court has carefully reviewed Plaintiff's proposed rewording of the question and re-examined the Court's original wording of the question in light of Plaintiff's objection. The Court finds that Plaintiff's proposed wording does not clarify the issues and may implicate other issues that need not be resolved by the state court.

The Court remains satisfied that the proposed certified question, as originally worded, is a generally fair presentation of the issue before the Court. However, the Court finds that the word "retroactive," which appeared in its original proposed certified question, is unnecessary and could possibly be construed as reflecting the Court's intent to improperly shade the issue in favor of one side. For this reason, the Court will remove the word "retroactive" from the certified question.

Accordingly, Plaintiff's Objection (ECF No. 30) is SUSTAINED IN PART and OVERRULED IN PART. A separate Order will issue, certifying the following question to the Supreme Court of Maryland: Does the Maryland Child Victims Act of 2023, 2023 Md. Laws ch. 5 (S.B. 686), (codified at Md. Code Ann., Cts. & Jud. Proc. § 5-117), constitute an impermissible abrogation of a vested right in violation of Article 24 of the Maryland Declaration of Rights?

DATED this __5__ day of April, 2024.

BY THE COURT:

_____
James K. Bredar
Chief Judge